JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6842
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 02-40001 DLJ |
| Plaintiff, | ) ) | STIPULATION AND ORDER FOR SENTENCING MODIFICATION UNDER |
| v. | ) ) | 18 U.S.C. § 3582(c)(2) |
| DUANE M. ELLISON, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties acting through their respective counsel, that:

1. The Court has indicated that it will make its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level 23

   Criminal History Category IV

   Sentencing range of 70 to 87 months' imprisonment

3. Defendant was sentenced on April 4, 2003 to 80 months imprisonment.

4. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual.*

STIPULATION FOR SENTENCING
MODIFICATION UNDER 18 U.S.C. § 3582(c)(2)
CR 02-40001 DLJ

5. Defendant's revised guideline calculation is as follows:

    Total Offense Level 21

    Criminal History Category IV

    Sentencing range of 57 to 71 months' imprisonment

6. The parties have no reason to dispute the report on post-sentencing conduct and public safety considerations submitted to the Court by the probation office.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 65 months is appropriate in this matter.

8. Defendant's current projected release date is January 16, 2009.

9. The parties stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*IT IS SO STIPULATED:

DATED: March 7, 2008                      Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            /S/
                                            BRIAN J. STRETCH
                                            Assistant United States Attorney

DATED: March 7, 2008                      /S/
                                            MICHAEL HINCKLEY
                                            Attorney for defendant Duane Ellison

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Court is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*;

3. Defendant waived his right to a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007);

4. Defendant waived his right to appeal the district court's sentence.

5. Defendant's revised guideline calculation under USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual* is:

> Total Offense Level 21
>
> Criminal History Category IV
>
> Sentencing range of 57 to 71 months imprisonment

6. The appropriate sentence in this matter is 65 months of imprisonment. All other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

7. An amended judgement shall be entered by the Court in accordance with the parties stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*.

DATED: March 11, 2008

_____
D. LOWELL JENSEN
United States District Court Judge