# UNITED STATES DISTRICT COURT

## for the

_____ District of _____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: _____ |
| | ) USM No: _____ |
| Date of Previous Judgment: _____ | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ❒  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❒ DENIED.  ❒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: _____ | | Amended Offense Level: _____ | |
| Criminal History Category: _____ | | Criminal History Category: _____ | |
| Previous Guideline Range: _____ to _____ months | | Amended Guideline Range: _____ to _____ months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❒ The reduced sentence is within the amended guideline range.

❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒ Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: _____

Effective Date: _____
            (if different from order date)

_____
Judge's signature

_____
Printed name and title